IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR NASSAU COUNTY, FLORIDA

CASE NO.: 22CA000024

ROBERT G. GORMAN, III and SHELBY GORMAN,

    Plaintiffs,

v.

TIDEWATER EQUIPMENT COMPANY and JASON CARLOS KIMBRELL, JR.,

    Defendants.

_____/

## DEFENDANTS' NOTICE OF REMOVAL

**TO:** THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

Defendants, TIDEWATER EQUIPMENT COMPANY and JASON CARLOS KIMBRELL, JR. by and through their undersigned counsel, and pursuant to 28 U.S.C. § 1331, § 1441, § 1446 and Local Rule 4.02, hereby remove this action which is styled *Robert G. Gorman III and Shelby Gorman v. Tidewater Equipment Company and Jason Carlos Kimbrell, Jr.* and designated Case No.: 2022-CA-000024 in the Circuit Court for the Fourth Judicial Circuit in and for Nassau County, Florida, in which the action is now pending, to the United States District of Florida, Jacksonville Division. In support of this removal and pursuant to 28 U.S.C. §1446, Defendants state:

Cole, Scott & Kissane
www.csklegal.com

Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West

1. This case is properly removable due to diversity of citizenship between Plaintiffs and Defendants. At all times material hereto, Plaintiffs were and are citizens and residents of the State of Florida. Defendant, Tidewater Equipment Company is a foreign corporation with its principal place of business in the State of Georgia and Defendant, Mr. Kimbrell is a resident of the State of Georgia. Defendants are not residents of the forum state. Accordingly, this Notice of Removal is founded and based upon complete diversity citizenship between all parties pursuant to 28 U.S.C.A. § 1332 and 28 U.S.C.A. § 1441, *et seq*.

2. Venue is proper in the Jacksonville Division of the Middle District of Florida. Pursuant to Local Rule 1.02(b)(1), this case was filed by Plaintiffs in State Court in Nassau County and Plaintiffs' causes of action accrued in said county. *See also* 28 U.S.C.A. § 1441(a).

3. Defendants have filed with the Clerk of the Circuit Court for the Fourth Judicial Circuit, in and for Nassau County, Florida, a true and correct copy of the Notice to State Court Clerk of Removal of Case to Federal Court, pursuant to 28 U.S.C.A. §1446(b).

4. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, orders and other paper or exhibits of every kind from the State Court Action are being filed herewith, as **Exhibit A.**

5. Defendant may use a variety of documents, including a written settlement demand, as an "other paper" under 28 U.S.C. §1446 (b) to determine if the case is removable.

2
Cole, Scott & Kissane
www.csklegal.com

Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West

Essenson v. Coale, 848 F. Supp. 987, 989-90 (M.D. Fla. 1994). Plaintiffs previously demanded $750,000; therefore, the amount in controversy is met. Martin v. Mentor Corp., 142 F. Supp. 2d 1346, 1349 (M.D. Fla. 2001). Such demand is attached as **Exhibit B.**

6. This Notice of Removal is hereby filed within thirty (30) days from Plaintiffs' service of the Complaint on both Defendants. See 28 U.S.C. § 1446 (b) (1).

7. There are no other Defendants as named parties in this action, thus there are no other Defendants from which consent needs to be obtained to remove this action.

8. There are not presently any pending motions or orders in the State Court action.

9. The allegations set forth in this Notice of Removal are true and correct to the best of the knowledge and belief of the undersigned counsel. The undersigned counsel is the attorney for Defendants and has been specifically authorized to act on behalf of Defendants in seeking removal of this cause to the United States District Court Middle District of Florida, Jacksonville Division. Further, the undersigned is a licensed attorney in the State of Florida and authorized to practice in the United States District Court, Middle District of Florida.

WHEREFORE, the Defendants, TIDEWATER EQUIPMENT COMPANY and JASON CARLOS KIMBRELL, JR. hereby provide Notice of Removal of this cause from the Circuit Court for the Fourth Judicial Circuit, in and for Nassau County, to the United States District Court for the Middle District of Florida, Jacksonville Division.

Respectfully submitted this 22nd day of February, 2022.

3
Cole, Scott & Kissane
www.csklegal.com

Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West

        COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants*
Cole, Scott & Kissane Building
4686 Sunbeam Road
Jacksonville, Florida 32257
Telephone (904) 672-4046
Facsimile (904) 672-4050
Primary e-mail: sami.achem@csklegal.com
Secondary e-mail: john.darnell@csklegal.com
Alternate e-mails:
April.goodsell@csklegal.com
Elinor.Bozzone@cskegal.com

By:   s/ Sami R. Achem

SAMI R. ACHEM
Florida Bar No.: 93892

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of Febraury 2022 a true and correct copy of the foregoing was filed with the Clerk of Court for the United States District Court for the Middle District of Florida, Jacksonville Division, and served electronically to all parties of record.

4
**Cole, Scott & Kissane**
www.csklegal.com

Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West

        COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants*
Cole, Scott & Kissane Building
4686 Sunbeam Road
Jacksonville, Florida 32257
Telephone (904) 672-4046
Facsimile (904) 672-4050
Primary e-mail: sami.achem@csklegal.com
Secondary e-mail: john.darnell@csklegal.com
Alternate e-mails:
April.goodsell@csklegal.com
Elinor.Bozzone@cskegal.com

By:        s/ Sami R. Achem

SAMI R. ACHEM
Florida Bar No.: 93892

5
**Cole, Scott & Kissane**
www.csklegal.com

Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West